**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TACTUAL LABS IP LLC,<br><br>                         Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD,<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>                     Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Tactual Labs IP LLC ("Tactual Labs"), by and through its undersigned counsel, files this Complaint against Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung" or "Defendants") for patent infringement of United States Patent Nos. 9,507,500; 9,632,615; and 10,222,952 (the "Patents-in-Suit" and Exhibits 1-3, respectively) and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

## PARTIES

2.      Plaintiff Tactual Labs IP LLC is a Texas limited liability company with its principal place of business at 5055 W. Park Blvd, Ste. 400, Plano, Texas 75093.

3.      Defendant SEC is a Korean corporation organized and existing under the law of the Republic of Korea, with its principal place of business at 129 Samsung-ro, Yeongtong-gu, Suwon-

si, Gyonggi-Do, Korea 16677. SEC can be served with process in accordance with the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents, in accordance with Fed. R. Civ. P. 4(f).

4.    Defendant SEA is a New York corporation having a principal place of business at 700 Sylvan Avenue, Englewood Cliffs, New Jersey 07632 and is a wholly-owned subsidiary of SEC. SEA maintains a regular and established place of business in this District at 6625 Excellence Way, Plano, Texas 75023. SEA may be served through its registered agent for service of process, CT Corporation System, 1999 Bryant Street, Suite 900, Dallas, Texas 75201.

5.    The Patents-in-Suit are infringed by various Samsung products, including mobile devices such as Galaxy S and Note smartphones and tablets, Samsung S Pen, and applications such as PENUP (the "Accused Products"). Defendants SEC and SEA are related entities that work in concert to design, manufacture, import, distribute, and/or sell the infringing products. SEA works pursuant to the direction and control of SEC to sell and distribute Samsung products in the United States, including the Accused Products.



Source: [Galaxy S25 & S25+ | Features & Highlights | Samsung US](#).

## JURISDICTION AND VENUE

6.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

7.    The Court has personal jurisdiction over each Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Each Defendant has regularly and systematically transacted business in Texas, directly or through subsidiaries or intermediaries, and/or committed acts of patent infringement in Texas as alleged more particularly below. Defendants have placed infringing products into the stream of commerce by shipping those products into Texas or knowing that the products would be shipped into Texas. In addition, on information and belief, Defendants' business relating to mobile devices, including devices accused of infringement in this action, is conducted at its Texas facilities.

8.    Defendants have not disputed this Court's personal jurisdiction over them in other recent patent infringement actions. *See, e.g.*, Answer at ¶ 4, *Baker Laser Technology, LLC v. Samsung Electronics America, Inc.*, No. 2:25-cv-436, Dkt. 17 (E.D. Tex. Jul. 31, 2025); Answer at ¶ 14, *SnapAid, Ltd. v. Samsung Electronics Co., Ltd. et al.*, No. 2:25-cv-378-RWS-RSP, Dkt. 14 (E.D. Tex., Aug. 4, 2025); Answer at ¶ 15, *SoftView, LLC v. Samsung Electronics Co., Ltd. et al.*, No. 2:25-cv-246, Dkt. 20 (E.D. Tex. May 25, 2025); Answer at ¶ 5, *Hannibal IP, LLC v. Samsung Electronics Co., Ltd.*, No. 4:25-cv-200-SDJ (E.D. Tex. June 16, 2025).

9.    Venue is also proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).

10.    With respect to Defendant SEC, a Korean company, venue is proper because suits against foreign entities are proper in any judicial district, including the Eastern District of Texas.

11.    With respect to Defendant SEA, venue is proper in this District under 28 U.S.C.

§1400(b) because Defendant SEA has a regular and established place of business in this District and has committed acts of infringement in this District. On information and belief, Defendant SEA has a regular and established place of business in Plano, Texas, and is responsible for importing and selling smartphones, tablets, and other mobile devices and equipment in the United States, including the Accused Products. On information and belief, Defendant SEA has operated, and on information and belief continues to operate, a permanent office located at 6625 Excellence Way, Plano, TX 75023. On information and belief, Samsung's business operations relating to mobile devices including the Accused Products are conducted at these SEA facilities located in this District. Defendant SEA has also committed acts of infringement in this District by commercializing, marketing, selling, distributing, using and servicing Samsung-branded devices, including, but not limited to, the smartphones and tablets accused of infringement in this action.

12.     Samsung has recently admitted that venue is proper in the Eastern District of Texas. For example, in *SnapAid, Ltd. v. Samsung Electronics Co., Ltd., et al.*, Samsung stated that "Samsung does not dispute venue in this Court for SEC or SEA." Answer at ¶ 18, No. 2:25-cv-378-RWS-RSP (E.D. Tex. Aug. 4, 2025) (ECF 14).

## BACKGROUND

13.     Tactual Labs IP LLC is a holding company for intellectual property created by Tactual Labs Co. Tactual Labs Co. is a human interface research and development company striving to equate digital and physical interaction. Since its founding in 2012, Tactual Labs Co.'s team has included industry and academic veterans in the business, science, and engineering of human-computer interaction. Tactual Lab Co's touch-module, co-processor, and application developer patented solutions endow user interfaces with the immediacy and precision of physical interactions in the real-world. These benefits are realized regardless of the strain on the processor

from the application or operating system and without sacrificing programmatic flexibility.

14.     Tactual Labs Co. and Samsung have a long history with respect to the technology of the Patents-in-Suit, and the patented technology developed by Tactual Labs Co. that Samsung incorporated into its Galaxy devices.

15.     A SEA Senior Sourcing Specialist first invited Tactual Labs Co. to present Tactual's Reflex™ Low-Latency Touch Software running on Android mobile devices at a Samsung Internal Sensor Workshop in June 2014. At this workshop, Reflex™'s potential to materially improve the customer-perceived touch and stylus input latency of the Samsung Galaxy Note versus Samsung's competitors gained the interest of SEC's Senior Vice President of Technology & Partnership, Samsung Mobile.

16.     Under a mutual Non-Disclosure Agreement ("NDA"), the SEC Senior Vice President of Technology & Partnership, Samsung Mobile, product team leads, and Tactual Labs Co. personnel developed a rigorous 24-month joint testing plan to scientifically prove the latency-reduction efficacy of Tactual Reflex™ on a Samsung Galaxy Note prototype. To do so, Tactual's Reflex™ software needed to be (and was) deeply integrated by Tactual Labs Co. personnel into the Galaxy Note Android operating system and S-Pen Software Development Kit ("SDK"). Due to the need for this low-level access to the Galaxy Note operating system and S-Pen SDK, Tactual Labs Co. personnel were required to work onsite within Samsung's "secure" Korean headquarters with Samsung Mobile personnel for months-long development and testing cycles.

17.     The parties entered into an NDA in November 2015 to enable sharing of confidential information. Tactual Labs Co. personnel first visited SEC that month to discuss potential hardware and software collaborations. During this visit, Tactual Labs Co. personnel met with Samsung Visual Display, Samsung Note H/W, and Samsung Mobile S/W teams.

18.    In February 2016, Tactual Labs Co. presented "Tactual Reflex Testing Report on Samsung Galaxy Note" to SEC senior management in Korea summarizing the successful results of this testing program. Tactual Labs Co's testing proved that unmodified Samsung Galaxy Note 5 devices had an undesirable perceivable "gap" between the Samsung stylus tip and the digital ink stroke. Such a "gap" stood in stark contrast to the physical world where liquid ink flows directly out of the tip of a real pen-on-paper enabling far more precise and fluid writing control. When Tactual Reflex™ was integrated into the Galaxy Note operating system, the perceived "gap" between the Samsung stylus' tip and the digital ink stroke was almost entirely erased—nearly equating the intuitive precision of a physical pen-on-paper.

19.    Tactual Labs Co. also presented its technology to Samsung Display in Asia in April 2016 and Samsung Mobile Senior Leadership in California in June 2016.

20.    At the end of June 2016, Samsung's Software Research and Development team and Technology Strategy team held a senior executive evaluation in Korea of the Reflex™ technology. Samsung expressed interest in the technology.

21.    In March 2017, Tactual Labs Co. provided a presentation to Samsung entitled "Tactual & Samsung Opportunity." This included a discussion for licensing Tactual Labs Co.'s latency reduction software for a per-unit rate. As a part of the licensing discussions, Tactual Labs Co.'s presented the details of its patent portfolio, including the number of issued patents, number of provisional applications, and the number of patent applications for the Reflex™ technology and other Tactual technology in the United States.

22.    In June 2017, Tactual Labs Co. loaned Samsung a touch unit including the Reflex™ software for Samsung to analyze. Although the loan was intended for two weeks, Tactual Labs Co. requested the device be returned after Samsung kept the device for four weeks. Samsung

ultimately kept the device for several more months, until November 2017. During that time, Tactual Labs Co. received favorable feedback from Samsung, was informed that approval for licensing had been obtained at Samsung's Vice President level, and continued to engage in licensing discussions.

23.    Throughout these interactions with Samsung, Tactual Labs Co. personnel continued development and testing work onsite at SEC headquarters in good faith and with the expectation of a commercial Reflex™ license with Samsung. Tactual Labs was abruptly informed that the judgment of a single, unnamed senior Galaxy Note product line manager had terminated Samsung's interest in a Reflex™ commercial license, despite the months of successful joint scientific testing. This abrupt judgment to terminate the use of Reflex™ occurred after Samsung engineering personnel had achieved a deep and wide-ranging understanding of the technology utilized in Reflex™.

24.    Without having obtained a license to do so, Samsung incorporated Tactual's patented technology into the Accused Products and, by 2019, released some of its infringing products in the marketplace. Since that time, Samsung has often touted the greatly reduced latency that its S-Pen was able to achieve. *See* https://news.samsung.com/global/since-2011-looking-back-at-the-s-pens-history-of-innovation.

**THE PATENTS-IN-SUIT**

25.    The Patents-in-Suit are United States Patent Nos. 9,507,500 ("the '500 patent"), 9,632,615 ("the '615 patent"), and 10,222,952 ("the ''952 patent").

26.    Each of the Patents-in-Suit is presumed valid under 35 U.S.C. § 282.

27.    Tactual Labs IP LLC owns all rights, title, and interest in each of the Patents-in-Suit, including the right to recover for all past and ongoing infringement.

28.    Tactual Labs IP LLC has not granted Samsung an approval, an authorization, or a license to any rights under any of the Patents-in-Suit.

29.    Tactual Labs IP LLC (and any predecessors and/or licensees) complied with 35 U.S.C. § 287 because Tactual Labs IP LLC (or any predecessor/and or licensee) did not make, offer for sale, sell or import into the United States any products that practice the Patents-in-Suit during the relevant time period, were not otherwise required to mark, or marked in accordance with § 287.

30.    The claimed inventions in the Patents-in-Suit sought to solve problems with, and improve upon, digital input sensors and software. For instance, physical objects respond instantly to forces applied in the real world, but at the time of the inventions of the Patents-in-Suit, digital input sensors and software failed to provide the immediacy of the physical world. To enable this immediacy in the digital world, the Patents-in-Suit provide user input systems which deliver a low-latency user experience. The disclosed systems and methods provide a user interface that provides immediate visual feedback with additional visual responses at higher levels of latency.

## United States Patent No. 9,507,500

31.    On November 29, 2016, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,507,500 entitled "Hybrid Systems and Methods for Low-Latency User Input Processing and Feedback" to inventors Daniel Wigdor, Steven Leonard Sanders, Ricardo Jorge Jota Costa, and Clifton Forlines.

32.    The '500 patent discloses a system for processing user input that includes a display, an input device, an input processing unit for generating signals in response to user input, a high-latency subsystem, and a low latency subsystem. The low-latency subsystem receives the signals and generates low-latency output and the high-latency subsystem receives the signals and

generates high-latency output. The display is configured to display at least some of the low-latency data and at least some of the high-latency data on the visualization of the user interface.

33.     The claims of the '500 patent address specific, non-conventional and non-routine technical advancements for providing user input systems which deliver an improved, low-latency user experience and a user interface that provides immediate visual feedback with additional visual responses at higher levels of latency.

**United States Patent No. 9,632,615**

34.     On April 25, 2017, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,632,615 ("the '615 patent") entitled "Reducing Control Response Latency with Defined Cross-Control Behavior" to inventors Benjamin McCanny, Clifton Forlines, and Daniel Wigdor.

35.     Like the '500 patent, the claims of the '615 patent address specific, non-conventional and non-routine technical advancements for providing user input systems which deliver an improved, low-latency user experience and a user interface that provides immediate visual feedback with additional visual responses at higher levels of latency. The '615 patent further claims cross-control behavior, such as a conditional response based not only on user input but also on additional processing information, to further improve communication between the systems.

**United States Patent No. 10,222,952**

36.     On March 5, 2019, the United States Patent and Trademark Office duly and legally issued United States Patent No. 10,222,952 ("the '952 patent") entitled "Hybrid Systems and Methods for Low-Latency User Input Processing and Feedback" to inventors Daniel Wigdor, Steven Leonard Sanders, Ricardo Jorge Jota Costa, and Clifton Forlines.

37.     Like the '500 patent, the claims of the '952 patent address specific, non-conventional and non-routine technical advancements for providing user input systems which

deliver an improved, low-latency user experience and a user interface that provides immediate visual feedback with additional visual responses at higher levels of latency.

## CLAIMS FOR RELIEF

### COUNT I – Infringement of United States Patent No. 9,507,500

38.    The allegations set forth above are re-alleged and incorporated by reference as if they were set forth fully here.

39.    Defendants have directly infringed and continue to infringe, literally and/or under the doctrine of equivalents, at least claim 1 of the '500 patent by making, using, selling, offering for sale, and/or importing one or more of the Accused Products, in violation of 35 U.S.C. § 271(a).

40.    To the extent the preamble is limiting, the accused Samsung Galaxy S series smartphones, including the S25 Ultra, comprise a system for processing user input, such as processing and displaying notes on the device:



Source: Samsung Support - Galaxy S25 Ultra S Pen.

41.    Samsung Galaxy S series smartphones comprise a display (*e.g.*, Dynamic AMOLED 2X display) comprising a visualization of a user interface (*e.g.*, Main Display with Samsung's One UI).



Source: Samsung One UI.

| Display | | |
|---|---|---|
| Resolution (Main Display) | Main Display Size | Technology (Main Display) |
| 3120 x 1440 (Quad HD+) | 174.2mm (6.9" full rectangle) / 172.2mm (6.8" rounded corners) | Dynamic AMOLED 2X |

Source: Galaxy S25 Ultra 256GB | Blue Smartphone (Verizon) | Samsung US.

42.    Samsung Galaxy S series smartphones comprise a user input device comprising at least one selected from the group consisting of touch input (*e.g.*, Dynamic AMOLED 2X display with embedded touch screen) and pen input (*e.g.*, S Pen), the user input device adapted to output signals corresponding to user input (*e.g.*, movement of S Pen on the touch screen). The Dynamic AMOLED 2X display is found in Samsung Galaxy S series smartphones, and is adapted to provide exceptional picture quality in response to user input. The S Pen can be used to create notes, memos, and drawings on the touch screen.

# What are Super AMOLED displays?

First generation AMOLED displays have a <u>touch screen function</u> that sits as a separate layer on top of the AMOLED display whereas Super AMOLED displays are a more sophisticated version which embeds the touch screen directly into the display.

Because of the way the Super AMOLED displays are designed they benefit from an impressive 100,000:1 contrast ratio providing an excellent viewing experience, a more vivid display, responsive screen and thinner design. Super AMOLED displays will automatically adapt to different environments to consistently provide exceptional picture quality, whether you're browsing the web, playing your favourite game or streaming the latest boxset.

Source: [What is a Dynamic AMOLED Screen? | Samsung UK](What is a Dynamic AMOLED Screen? | Samsung UK).

### Use the Galaxy S25 Ultra S Pen



Your **Galaxy S25 Ultra's** S Pen can be used to create quick notes and memos, drawings, artwork, and more! You can easily use S Pen related features such as AI Select, Translate, and Magnify to help you utilize your phone and multitask throughout the day. Plus, additional S Pen settings can be customized depending on how you'd like to use the S Pen.



Source: [Samsung Support - Galaxy S25 Ultra S Pen](Samsung Support - Galaxy S25 Ultra S Pen).

43. Samsung Galaxy S series smartphones comprise an input processing system operatively connected to the user input device, the input processing system adapted to receive the signals corresponding to user input and to emit signals corresponding to the received signals. Samsung uses a Dynamic AMOLED 2X display with an embedded touch screen and digitizer (*i.e.*, input processing system operatively connected to the user input device). The digitizer receives the signals (*e.g.*, Electromagnetic Resonance ("EMR") signals) corresponding to user input and emits signals (*e.g.*, digital signals indicating the S Pen positions) corresponding to the received signals.

The EMR signals are recognized by the digitizer, and are utilized to identify the pen's location and pressure to enable writing and drawing functions.



Source: In-Depth Look - S-Pen - Galaxy Note.

44.    Samsung Galaxy S series smartphones comprise a first graphical processing and output system (*e.g.*, Snapdragon 8 Elite Neural Processing Unit ("NPU")) comprising software running in a software stack (*e.g.*, handwriting recognition algorithm), the first graphical processing and output system adapted to receive at least some of the emitted signals (*e.g.*, digital signals corresponding to the S Pen position) and to generate high-latency data (*e.g.*, text) that can affect the visualization of the user interface on the display and to output the high-latency data for use by the display in response to the at least some of the emitted signals.



Introducing our most powerful processor, customized for Galaxy. With improved real-time ray tracing and Vulkan optimization, dive deep into the action with ultra-smooth gameplay thanks to Snapdragon® 8 Elite Mobile Platform for Galaxy.[22,23,24,25]

Source: [Galaxy S25](#).

---

**The Snapdragon 8 Elite Mobile Platform is performance transformed.**

The Snapdragon 8 Elite Mobile Platform is performance transformed, revolutionizing your on-device experiences with unparalleled processing power, ground-breaking AI enhancements, and an array of never-before-seen mobile innovations.

Our custom-built Qualcomm Oryon CPU delivers astonishing speeds and efficiency to bolster and extend every interaction.This platform further enhances your extraordinary experiences with on-device AI, including multimodal Gen AI and personalization, capable of supporting voice, text, and image prompts -- and now can even see what you see via your camera live view.

Entertainment soars to new heights with lifelike mobile gaming—fuel by by the Qualcomm® Adreno™ GPU's newly sliced architecture. Whether you're gaming or grooving, amplify your everyday with uninterrupted audio delivering expansive, whole-building bandwidth.  Plus, our brand-new AI ISP is directly fused with the Qualcomm® Hexagon™ NPU introducing limitless  possibilities by enhancing capture in real time.

---

Source: [Qualcomm - Snapdragon 8 Elite](#).

45.     The NPU receives the digital S Pen signals and generates high-latency data (*e.g.*, text) that can affect the visualization of the user interface on the display (*e.g.*, text appearing on the screen) and outputs the high-latency data for use by the display (*e.g.*, to display text) in response to the at least some of the emitted signals.

# Convert handwriting to text using S Pen and Samsung Notes

Last Update date : Jul 22. 2022

Even with our lightning-fast typing speeds, there are times when we just feel more comfortable taking down notes in writing. The S Pen is useful for conveniently jotting down notes and sketching new ideas. But did you know that you can also convert your handwritten notes into digital text? You will be surprised at how good your Galaxy device is at deciphering your messy scribbles. This quick guide provides you with the steps to use this feature.

Source: [Samsung Support - Convert Handwriting to Text - S Pen](#).

14





Source: Samsung Care YouTube.

46.     Samsung Galaxy S series smartphones comprise a second graphical processing and output system (*e.g.*, graphics processing unit ("GPU")) implemented at least partially in hardware (*e.g.*, Adreno GPU in Qualcomm Snapdragon 8 Elite chipset as shown above), the second graphical processing and output system adapted to substantially simultaneously receive the at least

some of the emitted signals (*e.g.*, digital signals corresponding to S Pen positions) and to generate low-latency data (*e.g.*, handwriting strokes) that can affect the visualization of the user interface on the display (*e.g.*, handwriting strokes appearing on the screen) and to output the generated low-latency data for use by the display (*e.g.*, display the handwriting strokes) in response to the at least some of the emitted signals.

47.     The GPU receives digital S Pen signals substantially simultaneously as the signals corresponding to the user input are received by the NPU. The S Pen signals are used to immediately render the handwriting that appears on the screen (*e.g.*, affect the visualization of the user interface on the display and to output the generated low-latency data for use by the display in response to the at least some of the emitted signals). When a user finishes writing, and the handwriting is shown (*e.g.*, low latency data), as shown in the screenshots from the video, the handwriting to text conversion (*e.g.*, high latency data) is happening in real time/instantly (*e.g.*, letter by letter), demonstrating that the at least some signals are emitted to each system substantially simultaneously.



Source: Samsung Care YouTube.

48.    Samsung Galaxy S series smartphones comprise wherein, with respect to the response to the at least some of the emitted signals, the second graphical processing and output system is adapted to output the generated low-latency data (*e.g.*, handwriting strokes) with low latency relative to the output of the high-latency data (*e.g.*, text) by the first graphical processing and output system. As shown in Samsung's documentation, the handwriting strokes using the S Pen positions are first displayed and then converted into text.

## 5. Convert your handwriting

Are your thumbs tired of typing away on the on-screen keyboard? Use your S Pen to write naturally, then instantly convert your handwriting to text, ready to paste into an email or convert into a Microsoft Word document.

You can take advantage of this feature across a wide range of apps. When using Samsung Notes, tap the S Pen-to-text icon (a pen with a small T next to it) in the toolbar. As you write, your handwriting will be converted — with remarkable accuracy — and you can then choose to copy the text into an email, message or other document. You can also convert notes to text after you have finished writing; tap the icon with the writing and large T, then select the area of notes you want to convert. Samsung Notes is smart enough to recognize email addresses and phone numbers, too, so you can just click and call from your handwritten notes.

Source: Tricks to Get the Most Out of the S-Pen.

49.    Samsung Galaxy S series smartphones comprise the display being configured to display at least some of the low-latency data and at least some of the high-latency data on the visualization of the user interface. As shown below, both handwriting (*e.g.*, low-latency data) and the text (*e.g.*, high-latency data) are shown on the display.





Source: Samsung Care YouTube.

50.     Samsung has been aware of the '500 patent, or willfully blind to its existence and its infringement at least as early as its issuance in 2017, since Samsung met with Tactual Labs Co. to discuss licensing its technology to incorporate into Samsung's commercial products and its patent portfolio in 2017. On information and belief, Samsung intentionally copied Tactual Labs Co.'s technology into the Accused Products knowing that Tactual Labs Co. had United States patents covering the technology. Samsung is aware of the '500 patent and the infringement of the '500 patent by the Accused Products at least as of the filing of this Complaint.

51.     On information and belief, Samsung has and continues to actively, knowingly, and intentionally induce infringement of at least claim 1 of the '500 patent in violation of 35 U.S.C. § 271(b). Samsung makes, uses, sells, offers for sale, and/or imports one or more of the Accused Products for or on behalf of third parties such as customers, users, partners, and retailers/distributors, knowing and intending that the Accused Products will be used by the third parties in a manner that practices at least claim 1 of the '500 patent as shown above.

52.     Samsung publishes and provides marketing materials, technical specifications, datasheets, user manuals, and other resources on its website that instruct and encourage third parties to use the Accused Products in an infringing manner. For example, Samsung instructs its customers about the S-Pen functionality, the different S-Pens available, and what devices can use the S-Pen functionality, including how to convert handwriting to text.



## Learn about the different Samsung S Pens

Spread the news! The S Pen is now compatible with more devices than ever before. You'll be able to draw and write directly on the screen, whether you have a **Galaxy Z Fold7, Z Fold6**, Z Fold5, Z Fold4, Z Fold3, Note series phones, Tab S7, Tab S8, Tab S9, **Tab S10, Tab S11**, S21 Ultra, S22 Ultra, S23 Ultra, S24 Ultra, **S25 Ultra**, or **Book5 Pro360** or **Book5 360**! Even if your compatible model did not come with an S Pen, you can **find one that's right for you**. The optional S Pen comes in three unique models: the S Pen Fold Edition, S Pen Pro, and the S Pen Creator Edition. But which one should you buy? It depends on what device you have and what features you're looking for.

Source: <ins>Samsung Support - Learn About the S-Pen</ins>; *see also* <ins>Use S Pen Pro</ins>; <ins>Samsung Support -
Convert Handwriting to Text - S Pen</ins>.

53.    As a result of Samsung's activities, the Accused Products have been used in a
manner that directly infringes the '500 patent. Samsung knowingly continues to engage in acts of
inducement of infringement of the '500 patent. Alternatively, Samsung was willfully blind to that
fact, deliberately avoiding learning of the infringement despite knowing that there is a high
probability that the use by its customers would constitute direct infringement.

54.    Samsung has also infringed, and continues to infringe, at least claim 1 of the '500
patent by selling, offering for sale, or importing into the United States, the Accused Products,
knowing that the Accused Products constitute a material part of the inventions claimed in the '500
patent, are especially made or adapted to infringe the '500 patent, and are not staple articles or
commodities of commerce suitable for non-infringing use. For example, the identified hardware
and/or software components in the Samsung Galaxy S series smartphones, including the S-Pen,
constitute a material part of the inventions claimed in the '500 patent, are especially made or
adapted to infringe the '500 patent, and are not staple articles or commodities of commerce suitable
for non-infringing use, as demonstrated by the evidence cited above. Samsung has been, and
currently is, contributorily infringing the '500 patent in violation of 35 U.S.C. § 271(c).

55.    Tactual Labs has been damaged by the direct and indirect infringement of Samsung
and is suffering, and will continue to suffer, irreparable harm and damages as a result of that
infringement. Tactual Labs will suffer further irreparable injury, for which it has no adequate
remedy at law, unless and until Samsung is enjoined from infringing the claims of the '500 patent.

56.    On information and belief, Samsung's infringement has been deliberate and willful
since it met with Tactual Labs Co. and incorporated Tactual Labs patented technology into

20

Samsung devices. To the extent that Samsung continues to infringe the '500 patent after the filing of this Complaint, it continues to do so in willful disregard of Tactual Labs' patent rights. Samsung's infringement of the '500 patent has been and is deliberate and willful, entitling Tactual Labs to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

<u>**COUNT II - Infringement of United States Patent No. 9,632,615**</u>

57.    The allegations set forth above are re-alleged and incorporated by reference as if they were set forth fully here.

58.    Defendants have directly infringed and continue to infringe, literally and/or under the doctrine of equivalents, at least claim 1 of the '615 patent by making, using, selling, offering for sale, and/or importing one or more of the Accused Products, in violation of 35 U.S.C. § 271(a).

59.    To the extent the preamble is limiting, the accused Samsung Galaxy S series smartphones, including the S25 Ultra, comprise a system for processing user input, such as processing and displaying notes on the device:



Source: Samsung Support - Galaxy S25 Ultra S Pen.

60.    Samsung Galaxy S series smartphones comprise a display comprising a visualization of a user interface. Tactual Labs incorporates by reference paragraph 41 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

61.    Samsung Galaxy S series smartphones comprise a user input device comprising at

least one selected from the group consisting of touch input and pen input, the user input device adapted to output signals corresponding to user input. Tactual Labs incorporates by reference paragraph 42 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

62.    Samsung Galaxy S series smartphones comprise an input processing system operatively connected to the user input device, the input processing system adapted to receive the signals corresponding to user input and to emit signals corresponding to the received signals. Tactual Labs incorporates by reference paragraph 43 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

63.    Samsung Galaxy S series smartphones comprise a first graphical processing and output system comprising software running in a software stack, the first graphical processing and output system adapted to receive at least some of the emitted signals and to generate high-latency data that can affect the visualization of the user interface on the display and to output the high-latency data for use by the display in response to the at least some of the emitted signals. Tactual Labs incorporates by reference paragraphs 44-45 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

64.    Samsung Galaxy S series smartphones comprise a second graphical processing and output system implemented at least partially in hardware, the second graphical processing and output system adapted to substantially simultaneously receive at least some of the emitted signals and to generate low-latency data that can affect the visualization of the user interface on the display and to output the generated low-latency data for use by the display in response to the at least some of the emitted signals. Tactual Labs incorporates by reference paragraphs 46-47 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

65.    Samsung Galaxy S series smartphones comprise wherein the at least some of the emitted signals (*e.g.*, digital signals corresponding to the S Pen position) received by the second graphical processing and output system (*e.g.*, GPU) comprise an identification of a cross-control behavior (*e.g.*, cross-control between the GPU and NPU for handwriting), the second graphical processing and output system comprises hardware (*e.g.*, Qualcomm Snapdragon 8 Elite chipset) configured to implement the cross-control behavior, and the generated low-latency data comprises data reflecting the cross-control behavior.

66.    The GPU receives signals corresponding to the S Pen position—the handwriting strokes. The handwriting triggers a cross-control behavior, *e.g.*, the Samsung smartphone converts the handwriting to text and, after the handwriting stops, the handwriting strokes (*e.g.*, low-latency data) disappear. In this manner, the GPU of the Samsung Galaxy S series smartphones is configured to implement the cross-control behavior and the generated low-latency data reflects the cross-control behavior.





Source: Samsung Care YouTube.

67.     Samsung Galaxy S series smartphones comprise wherein, with respect to the response to the at least some of the emitted signals, the second graphical processing and output system is adapted to output the generated low-latency data with low latency relative to the output of the high-latency data by the first graphical processing and output system. Tactual Labs incorporates by reference paragraph 48 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

68.     Samsung Galaxy S series smartphones comprise the display being configured to display at least some of the low-latency data and at least some of the high-latency data on the visualization of the user interface. Tactual Labs incorporates by reference paragraph 49 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

69.     Samsung has been aware of the '615 patent, or willfully blind to its existence and its infringement as early as its issuance in 2017, since Samsung met with Tactual Labs Co. to discuss licensing its technology to incorporate into Samsung's commercial products and its patent

portfolio in 2017. On information and belief, Samsung intentionally copied Tactual Labs Co.'s technology into the Accused Products knowing that Tactual Labs Co. had United States patents covering the technology. Samsung is aware of the '615 patent and the infringement of the '615 patent by the Accused Products at least as of the filing of this Complaint.

70.    On information and belief, Samsung has and continues to actively, knowingly, and intentionally induce infringement of at least claim 1 of the '615 patent in violation of 35 U.S.C. § 271(b). Samsung makes, uses, sells, offers for sale, and/or imports one or more of the Accused Products for or on behalf of third parties such as customers, users, partners, and retailers/distributors, knowing and intending that the Accused Products will be used by the third parties in a manner that practices at least claim 1 of the '615 patent as shown above.

71.    Samsung publishes and provides marketing materials, technical specifications, datasheets, user manuals, and other resources on its website that instruct and encourage third parties to use the Accused Products in an infringing manner. For example, Samsung instructs its customers about the S-Pen functionality, the different S-Pens available, and what devices can use the S-Pen functionality, including how to convert handwriting to text.



### Learn about the different Samsung S Pens

Spread the news! The S Pen is now compatible with more devices than ever before. You'll be able to draw and write directly on the screen, whether you have a **Galaxy Z Fold7, Z Fold6,** Z Fold5, Z Fold4, Z Fold3, Note series phones, Tab S7, Tab S8, Tab S9, **Tab S10, Tab S11,** S21 Ultra, S22 Ultra, S23 Ultra, S24 Ultra, **S25 Ultra,** or **Book5 Pro360** or **Book5 360!** If your compatible model did not come with an S Pen, you can **find one that's right for you.** The optional S Pen comes in three unique models: the S Pen Fold Edition, S Pen Pro, and the S Pen Creator Edition. But which one should you buy? It depends on what device you have and what features you're looking for.

Source: Samsung Support - Learn About the S-Pen; *see also* Use S Pen Pro; Samsung Support - Convert Handwriting to Text - S Pen.

72.    As a result of Samsung's activities, the Accused Products have been used in a

manner that directly infringes the '615 patent. Samsung knowingly continues to engage in acts of inducement of infringement of the '615 patent. Alternatively, Samsung was willfully blind to that fact, deliberately avoiding learning of the infringement despite knowing that there is a high probability that the use by its customers would constitute direct infringement.

73.    Samsung has also infringed, and continues to infringe, at least claim 1 of the '615 patent by selling, offering for sale, or importing into the United States, the Accused Products, knowing that the Accused Products constitute a material part of the inventions claimed in the '615 patent, are especially made or adapted to infringe the '615 patent, and are not staple articles or commodities of commerce suitable for non-infringing use. For example, the identified hardware and/or software components in the Samsung Galaxy S series smartphones, including the S-Pen, constitute a material part of the inventions claimed in the '615 patent, are especially made or adapted to infringe the '615 patent, and are not staple articles or commodities of commerce suitable for non-infringing use, as demonstrated by the evidence cited above. Samsung has been, and currently is, contributorily infringing the '615 patent in violation of 35 U.S.C. § 271(c).

74.    Tactual Labs has been damaged by the direct and indirect infringement of Samsung and is suffering, and will continue to suffer, irreparable harm and damages as a result of that infringement. Tactual Labs will suffer further irreparable injury, for which it has no adequate remedy at law, unless and until Samsung is enjoined from infringing the claims of the '615 patent.

75.    On information and belief, Samsung's infringement has been deliberate and willful since it met with Tactual Labs Co. and incorporated Tactual Labs patented technology into Samsung devices. To the extent that Samsung continues to infringe the '615 patent after the filing of this Complaint, it continues to do so in willful disregard of Tactual Labs' patent rights. Samsung's infringement of the '615 patent has been and is deliberate and willful, entitling Tactual

Labs to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**COUNT III - Infringement of United States Patent No. 10,222,952**

76.    The allegations set forth above are re-alleged and incorporated by reference as if they were set forth fully here.

77.    Defendants have directly infringed and continue to infringe, literally and/or under the doctrine of equivalents, at least claim 16 of the '952 patent by making, using, selling, offering for sale, and/or importing one or more of the Accused Products, in violation of 35 U.S.C. § 271(a).

78.    To the extent the preamble is limiting, the accused Samsung Galaxy S series smartphones, including the S25 Ultra, comprise a system for processing user input to a user interface, such as processing and displaying notes on the device:



# Use the Galaxy S25 Ultra S Pen

Your **Galaxy S25 Ultra's** S Pen can be used to create quick notes and memos, drawings, artwork, and more! You can easily use S Pen related features such as AI Select, Translate, and Magnify to help you utilize your phone and multitask throughout the day. Plus, additional S Pen settings can be customized depending on how you'd like to use the S Pen.



Source: Samsung Support - Galaxy S25 Ultra S Pen.

79.    Samsung Galaxy S series smartphones comprise an input device (*e.g.*, Dynamic AMOLED 2X display) adapted to output a stream of user input events (*e.g.*, S Pen signals representing positions on the touch screen) corresponding to detected user input. Tactual Labs incorporates by reference paragraph 42 above discussing how the Accused Products infringe the '500 patent as if fully set forth herein.

80.    Samsung Galaxy S series smartphones comprise a high-latency subsystem (*e.g.*, NPU) adapted to receive at least one event corresponding to a portion of the stream of user input

events (*e.g.*, S Pen positions signals) and to generate an output (*e.g.*, text), the high-latency subsystem maintaining state information relating to the user interface. The NPU maintains the state of the handwriting and completion of a handwriting event to convert to text in real time and instantly display text on the screen. Therefore, the high-latency subsystem maintains state information.





Source: Samsung Care YouTube.

81.     Samsung Galaxy S series smartphones comprise a low-latency subsystem (*e.g.*, GPU) adapted to receive at least a portion of the stream of user input events (*e.g.*, S Pen positions signals) and generate a programmable output (*e.g.*, handwriting strokes) that is lower latency with respect to a user input event than the output of the high-latency subsystem with respect to the user input event, the programmable output being based, at least in part, on the state information. As discussed above, when the handwriting is completed, it is converted to text in real time/instantly on the display. Therefore, the programmable output (*e.g.*, handwriting strokes) is based, at least in part, on the state information.

82.     Samsung has been aware of the '952 patent, or willfully blind to its existence and its infringement as early as its issuance in 2019, since Samsung met with Tactual Labs Co. to discuss licensing its technology to incorporate into Samsung's commercial products and its patent portfolio in 2017. On information and belief, Samsung intentionally copied Tactual Labs Co.'s technology into the Accused Products knowing that Tactual Labs Co. had United States patents covering the technology. Samsung is aware of the '952 patent and the infringement of the '952 patent by the Accused Products at least as of the filing of this Complaint.

83.     On information and belief, Samsung has and continues to actively, knowingly, and intentionally induce infringement of at least claim 1 of the '952 patent in violation of 35 U.S.C. § 271(b). Samsung makes, uses, sells, offers for sale, and/or imports one or more of the Accused Products for or on behalf of third parties such as customers, users, partners, and retailers/distributors, knowing and intending that the Accused Products will be used by the third parties in a manner that practices at least claim 1 of the '952 patent as shown above.

84.     Samsung publishes and provides marketing materials, technical specifications,

datasheets, user manuals, and other resources on its website that instruct and encourage third parties to use the Accused Products in an infringing manner. For example, Samsung instructs its customers about the S-Pen functionality, the different S-Pens available, and what devices can use the S-Pen functionality, including how to convert handwriting to text.



### Learn about the different Samsung S Pens

Spread the news! The S Pen is now compatible with more devices than ever before. You'll be able to draw and write directly on the screen, whether you have a **Galaxy Z Fold7, Z Fold6,** Z Fold5, Z Fold4, Z Fold3, Note series phones, Tab S7, Tab S8, Tab S9, **Tab S10, Tab S11,** S21 Ultra, S22 Ultra, S23 Ultra, S24 Ultra, **S25 Ultra,** or **Book5 Pro360** or **Book5 360**! Even if your compatible model did not come with an S Pen, you can **find one that's right for you.** The optional S Pen comes in three unique models: the S Pen Fold Edition, S Pen Pro, and the S Pen Creator Edition. But which one should you buy? It depends on what device you have and what features you're looking for.

Source: Samsung Support - Learn About the S-Pen; *see also* Use S Pen Pro; Samsung Support - Convert Handwriting to Text - S Pen.

85.     As a result of Samsung's activities, the Accused Products have been used in a manner that directly infringes the '952 patent. Samsung knowingly continues to engage in acts of inducement of infringement of the '952 patent. Alternatively, Samsung was willfully blind to that fact, deliberately avoiding learning of the infringement despite knowing that there is a high probability that the use by its customers would constitute direct infringement.

86.     Samsung has also infringed, and continues to infringe, at least claim 1 of the '952 patent by selling, offering for sale, or importing into the United States, the Accused Products, knowing that the Accused Products constitute a material part of the inventions claimed in the '952 patent, are especially made or adapted to infringe the '952 patent, and are not staple articles or commodities of commerce suitable for non-infringing use. For example, the identified hardware and/or software components in the Samsung Galaxy S series smartphones, including the S-Pen, constitute a material part of the inventions claimed in the '952 patent, are especially made or

adapted to infringe the '952 patent, and are not staple articles or commodities of commerce suitable for non-infringing use, as demonstrated by the evidence cited above. Samsung has been, and currently is, contributorily infringing the '952 patent in violation of 35 U.S.C. § 271(c).

87.    Tactual Labs has been damaged by the direct and indirect infringement of Samsung and is suffering, and will continue to suffer, irreparable harm and damages as a result of that infringement. Tactual Labs will suffer further irreparable injury, for which it has no adequate remedy at law, unless and until Samsung is enjoined from infringing the claims of the '952 patent.

88.    On information and belief, Samsung's infringement has been deliberate and willful since it met with Tactual Labs Co. and incorporated Tactual Labs patented technology into Samsung devices. To the extent that Samsung continues to infringe the '952 patent after the filing of this Complaint, it continues to do so in willful disregard of Tactual Labs' patent rights. Samsung's infringement of the '952 patent has been and is deliberate and willful, entitling Tactual Labs to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## JURY DEMANDED

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Tactual Labs hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Tactual Labs respectfully requests that the Court enter judgment in its favor and against Samsung as follows:

a.    Samsung directly and/or indirectly infringes one or more claims of each of the Patents-in-Suit;

b.    Samsung's infringement of the Patents-in-Suit has been willful and deliberate;

c.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Samsung, their officers, agents, servants, employees, attorneys, and those persons in active concert

or participation with them, from further acts of infringement of one or more of the

Patents-in-Suit;

d.    An award of damages under 35 U.S.C. § 284 in no event less than a reasonable

royalty, or otherwise permitted by law, including an accounting for supplemental

damages and a compulsory royalty for ongoing infringement;

e.    An award of treble damages under 35 U.S.C. § 284 as a result of Samsung's willful

and deliberate infringement of the Patents-in-Suit;

f.    An order awarding cost of this action (including all disbursements) and attorney

fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law;

g.    An award of pre-judgment and post-judgment interest on the damages; and

h.    Such other costs and further relief that the Court determines to be just and proper.

Dated: October 10, 2025

Respectfully submitted,

*/s/ Elizabeth Bernard*
Scott R. Samay* (*pro hac vice to be filed*)
Jason S. Charkow* (*pro hac vice to be filed*)
Elizabeth Bernard* (admitted DC Bar No. 986675)
Lisa Phillips* (*pro hac vice to be filed*)
Stephanie Mandir* (*pro hac vice to be filed*)
Taylor Lepore* (*pro hac vice to be filed*)
ssamay@daignaultiyer.com
jcharkow@daignaultiyer.com
ebernard@daignaultiyer.com
lphillips@daignaultiyer.com
smandir@daignaultiyer.com
tlepore@daignaultiyer.com
**DAIGNAULT IYER LLP**
8229 Boone Blvd - Suite 450
Vienna, VA 22182

*Not admitted to practice in Virginia

*Attorneys for Plaintiff Tactual Labs IP LLC*